**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAMSON PELL DONALD** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 26-750 |
| | : | |
| **BANK OF AMERICA, N.A.** | : | |

## ORDER

This 9th day of June, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** the Defendant's Motion to Dismiss, ECF 15, is **GRANTED**.  All other pending motions, ECF 8 through 15, 18 through 21, 31, 33, and 35, are **DENIED** as moot.


 /s/ Gerald Austin McHugh
United States District Judge